In the Matter of the Probate of the Last Will and Testament of SAIDEE A. THOMAS, Deceased. CHARLES NORTON THOMAS, Appellant; MARJORIE THOMAS BANGHART, PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Executors, etc., of SAIDEE A. THOMAS, Deceased, WILLIAM J. DICKEL, as Substituted Special Guardian in the Place and Stead of EUGENE V. DALY, Deceased, Special Guardian of CHARLES EDGAR BANGHART, THOMAS SCHUYLER BANGHART and JOHN BANGHART, Infants, etc., and WEBSTER F. WILLIAMS, Special Guardian for CHARLES O. M. THOMAS, an Infant, etc., Respondents.— In a proceeding for the construction of certain provisions of the codicil to the will of testatrix, decree of the Surrogate's Court of Queens county unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ALBERT JOHNSON, Appellant, v. CHARLES H. LANDEFELD, JR., as Administrator, etc., of ALFRED JOHNSON, Deceased, and as Executor, etc., of ANNIE JOHNSON, Deceased, and IRVING S. GILES, as Guardian ad Litem for ALFRED KENNETH FORD, FRANK CLIFFORD FORD, Infants, etc., Respondents, and Others, Defendants. — Action to enforce an alleged partnership with decedent, for an accounting, and for other relief. Judgment dismissing the complaint on the merits after trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

A. KREAMER, INC., Appellant, v. M. KAMENSTEIN, INC., Respondent.— Order placing the action upon the calendar of Special Term, Part III, for Trials for the County of Kings, for a day certain, and directing the plaintiff or defendant to serve and file a note of issue reversed on the law, without costs, and motion denied, without costs, and without prejudice to a new application when the case is properly on the calendar. There is no authority in the court to direct trial of an action when the action itself is not on the calendar. (Rea v. Horton, 241 App. Div. 742; Zimmerman v. Rahmeyer, 230 id. 719.) Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

F. EARL LEACH and EDWIN THOMAS, Respondents, v. PLATO S. STOUT, Appellant. — In an action for a permanent injunction to restrain the defendant from engaging in the funeral, undertaking or embalming business within the county of Westchester, order restraining defendant pendente lite from engaging in such business within that county affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

JAMES R. LEAL, GAMBLE C. DICK, ELIZABETH M. LEAL, MARGARET D. STIDHAM and MARGARET LEAL WORK, Appellants, v. WESTCHESTER TRUST COMPANY in Liquidation under GEORGE W. EGBERT, Superintendent of Banks of the State of New York, Respondent.— In an action to recover damages for alleged negligence of the Superintendent of Banks in continuing the business of a trust company in liquidation, judgment dismissing the complaint upon order granting defendant's motion, and so directing, affirmed, with costs. No opinion. Hagarty, Davis, Johnston and Adel, JJ., concur; Lazansky, P. J., dissents upon the ground that sections 72-76 of the Banking Law are not applicable.

IRVING S. MANHEIMER, Respondent, v. RUTH MANHEIMER, Appellant.— Order denying defendant's motion to amend final judgment of divorce in respect of the custody of a child affirmed, without costs. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.